FILED

2019 Jan-18  PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION**

| | | |
|---|---|---|
| **CYNTHIA FROST,** | ) | |
| **an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 6:17-cv-01391-LSC** |
| | ) | |
| **TROY DUTTON, an individual,** | ) | |
| **and ASHTON HOME** | ) | |
| **FURNITURE, a corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' WITNESS AND EXHIBIT LIST**

COME NOW Defendants Troy Dutton and Ashton Home Furniture, by and through undersigned counsel, and hereby submit the following Witness and Exhibit List:

1. Cynthia Frost, to be contacted through Plaintiff's Counsel.

2. Troy Oscar Dutton, to be contacted through Defendant's Counsel.

3. Jimmie Dwight Colburn, to be contacted through Plaintiff's Counsel.

4. Dr. Palmer, Plaintiff's treating physicians (via deposition).

5. Paul Satterfield; P.O. Box 211/ Westmorland, TN 37156.

6. Any and all responding officers at the scene of the accident, including Officer Steven Arthur Wilson (Officer ID 1470/Agency ORI ALDPS49E0).

7. All records and billing custodians for any and all of Plaintiff's previously disclosed medical providers.

8. All medical providers who provided care and treatment to the Plaintiff following the incident forming the subject of the Plaintiff's complaint.

9.      All witnesses disclosed by Plaintiff.

10.     All expert witnesses disclosed by Plaintiff.

11.     All witnesses identified by Plaintiff.

12.     All witnesses necessary for rebuttal purposes.

13.     Any individual named in any interrogatory response or any interrogatory.

14.     Any representative from a criminal clerk's office with knowledge of any records indicating criminal activities of any party before, during or after the incident made the basis of this lawsuit.

15.     The Defendants reserve the right to supplement and amend this Witness List as necessary.

## EXHIBIT LIST

1.      Any and all photographs, x-rays, videotapes, exhibits or documents produced by any party to this action.

2.      Any and all depositions taken in this matter.

3.      Any and all documents, photographs, videos or other things produced to Plaintiff counsel during discovery.

4.      Any and all exhibits of said depositions.

5.      Any and all pleadings submitted in this matter.

6.      Any and all hospital bills, physicians' bills and bills for medical services, equipment, supplies and appliances.

7.      Any and all medical records regarding Plaintiff's treatment from medical providers or emergency responders following this accident.

8.      Any correspondence between Defendant and Plaintiff following the incident made the basis of this suit, excluding settlement talks.

9.      All sworn interrogatory or request for admission responses served by Plaintiff in this case.

10.     Defendant reserves the right to use any exhibit so listed by Plaintiff or used by the Plaintiff at trial.

11.     Defendant reserves the right to prepare demonstrative exhibits for use at trial.

12.     All discovery responses served by Plaintiff in this case.

13.     Any and all documents and tangible items produced by any party or non-party through requests for production or other formal discovery.

14.     Any and all documents produced by the Defendant.

15.     Any and all photographs of the accident scene or Parties involved in this litigation.

16.     Any and all employment records of any party to this action.

17.     Any and all documents needed for rebuttal and/or impeachment.

18.     Any and all documents received pursuant to a subpoena issued in this action.

19.     Defendant reserves the right to amend and/or supplement this exhibit list as necessary.

Respectfully submitted,

/s/ H. Raymond Evans, IV
**H. RAYMOND EVANS, IV (EVA060)**
**CLIFTON E. SLATEN (SLA013)**
Attorneys for Defendants

**SLATEN LAW, P.C.**
7027 Halcyon Park Drive
Montgomery, Alabama 36117
Telephone:     (334) 396-8882
Facsimile:     (334) 398-8880
E-Mail:        **revans@slatenlaw.com**
               **cslaten@slatenlaw.com**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this the 18th day of January, 2019, electronically filed the foregoing via the CM/ECF electronic filing system which will send notification of such filing to the following:

Kirby D. Farris
Jessica M. Zorn
Farris, Riley & Pitt, LLP
The Financial Center, Suite 1700
505 20th Street North
Birmingham, AL 35203
Phone: (205) 324-1212
Fax: (205) 324-1255
*Attorneys for Plaintiff*

/s/ H. Raymond Evans, IV
OF COUNSEL
